# EXHIBIT A

DocuSign Envelope ID: 61B3CB7C-161B-485A-B43A-787B0280567D

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SB N197007)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiff David Massaro
and the Proposed Classes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MASSARO, For Himself, As A Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS PARENT, INC., and FRONTIER COMMUNICATIONS OF AMERICA, INC.,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF DAVID MASSARO PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(d))**<br><br>**[FILED CONCURRENTLY WITH COMPLAINT]** |

CLRA DECLARATION

- 1 -

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

I, DAVID MASSARO, hereby declare and state as follows:

1. I am over the age of 18 years, and am the plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge except as to facts stated upon information and belief and, as to those, I believe it to be true.

2. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendants Frontier Communications Parent, Inc., and Frontier Communications of America, Inc. (collectively "Defendants" or "Frontier"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

3. This action is being commenced in San Bernardino County (by filing in the Eastern Division of the Central District of California, which includes San Bernardino County) because that is a county in which each of the Defendants is doing business. Each of the Defendants is doing business in San Bernardino County by, without limitation, advertising and selling its internet, VoIP and television services in San Bernardino County.

4. This action is being commenced in San Bernardino County because I subscribed to and received Frontier services at my home in Yucaipa, California (which is in San Bernardino County) and was charged the "Internet Infrastructure Surcharge" for Internet service, the "VoIP Administrative Fee" for phone service, and the "Broadcast TV Surcharge" or "Regional Sports Fee" or "Sports/Broadcast TV Fee" for television service, all of which are subjects of this Complaint.

CLRA DECLARATION

- 2 -

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Bernardino County, California.

Date: 7/11/2022

*David Massaro*

DAVID MASSARO

CLRA DECLARATION

- 3 -

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com